258 So.2d 552

**STATE of Louisiana ex rel. Richard Shirley BROBST**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 52249.

March 15, 1972.

In re: Richard Shirley Brobst applying for writ of habeas corpus.

Writ refused. The showing made is insufficient to warrant the exercise of our original or supervisory jurisdiction.

258 So.2d 553

**VANGUARD FINANCE, INC., d/b/a Foti Finance Company**

**v.**

**James SMITH.**

No. 52252.

March 15, 1972.

In re: Thomas Bolleter and Jack O'Neal, d/b/a New Deal Auto Sales applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 256 So.2d 662.

Writ refused. Under the facts found by the court of appeal, we find no error of law.